### John A. Ekhart v. Justus Dearman.

OSTRANDER moved to set aside the default and all subsequent proceedings on the following facts : On the second of *October*, the declaration was served on an agent. On the eleventh, the defendant gave notice of a motion, to be made the 12th of *November*, for leave to change the *venue*, but on the 10th, the plaintiff entered a default, and never appeared on the 12th, to oppose the application, in consequence of which the *venue* was changed as of course.

*Per Curiam.* The defendant's conduct has not been perfectly regular. He ought, according to the rules of practice, to have obtained a judge's order to enlarge the time to plead, or a certificate to stay proceedings. But though there was an irregularity in the defendant, and the plaintiff was correct in entering the default, he has waived both by silently acqui-

escing in the event of a motion, which he knew must be successful. By not appearing his language is, I consent to the application. If so, he certainly agrees to relinquish the default, and every other advantage.